## BROOKING *v.* THE STATE.

BECK, J. No error of law being complained of in any ground of the motion, except one which is treated as abandoned because not referred to in the brief of counsel for plaintiff in error, and the evidence being sufficient to sustain the finding of the jury, this court will not disturb the judgment of the court below refusing a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted November 19,—Decided December 12, 1906.

Accusation of larceny from the house. Before Judge Little. City court of Sparta. October 20, 1906.

*T. L. Reese* and *Seaborn Reese,* for plaintiff in error.

*R. W. Moore, solicitor,* contra.